IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 16 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY CLERK

| | | |
|---|---|---|
| JASON PATRIC, | § | |
| | § | |
| v. | § | A-05-CA-022 AA |
| | § | |
| JOSHUA VISI. | § | |

## VERDICT FORM

**QUESTION ONE**

Do you find from a preponderance of the evidence that Officer Visi unlawfully arrested Jason Patric?

Answer "yes" or "no" no

If you have answered "yes" to this Question, please proceed to Question Two. If you answered "no" to this Question, please proceed to Question Three.

70

**QUESTION TWO**

What sum of money, if paid now in cash, would fairly and reasonably compensate Jason Patric for the damages, if any, that were proximately caused by Officer Visi for unlawfully arresting Jason Patric?

Answer in dollars and cents, if any. ______________________

Please proceed to Question Three.

**QUESTION THREE**

Do you find from a preponderance of the evidence that Officer Visi use excessive force in arresting Jason Patric on March 29, 2004?

Answer "yes" or "no" no

If you have answered "yes" to this Question, please proceed to Question Four. If you have answered "no" to this Question, please proceed to the final page of the Verdict Form.

**QUESTION FOUR**

What sum of money, if paid now in cash, would fairly and reasonably compensate Jason Patric for injuries suffered on March 29, 2004, if any, that were proximately caused by Officer Visi's use of excessive force in arresting Mr. Patric?

Answer in dollars and cents, if any. ____________________

Please proceed to the final page of the Verdict Form.

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence.

Submitted the 16th day of February, 2006, at 8 15 o'clock P.m.

F[illegible]